```
                              FILED
                        CLERK, U.S. DISTRICT COURT
                             1/23/2024
                       CENTRAL DISTRICT OF CALIFORNIA
                       BY: ____TV____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00050-SVW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi): Distribution of Fentanyl] |
| JOVANNI DELVILLAR, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi)]

On or about April 13, 2023, in Los Angeles County, within the Central District of California, defendant JOVANNI DELVILLAR knowingly and intentionally distributed at least 400 grams, that is, approximately 986.5 grams, of a mixture and substance containing a

//

//

//

//

1  detectable amount of N-phenyl-N-[1-(2-phenlyethyl)-4-piperidinyl]
2  propanamide ("fentanyl"), a Schedule II narcotic drug controlled
3  substance.

                                              A TRUE BILL

                                              _____/s/_____
                                              Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

DECLAN T. CONROY
Assistant United States Attorney
General Crimes Section